In re Beka SOLOMON.

No. 2012–1689.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2013.

Roger L. Browdy, Browdy and Neimark, P.L.L.C., of Washington, DC, argued for appellant. With him on the brief was Ronni S. Jillions.

Kristi L.R. Sawert, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley, Deputy Solicitor, and Amy J. Nelson, Associate Solicitor. Of counsel was Frances Lynch, Associate Solicitor.

PROST, MOORE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**